Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
JUANITA COOPER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| JUANITA COOPER,<br><br>                    Plaintiff,<br><br>        vs.<br><br>INTEGRITY FINANCIAL PARTNERS, INC.,<br><br>                    Defendant. | Case No.: 10-cv-08030-MHM<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, JUANITA COOPER, though her attorneys, informs this Honorable Court that Plaintiff has settled her case with INTEGRITY FINANCIAL PARTNERS, INC.  The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days.  Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

                                            Respectfully Submitted,

DATED: April 12, 2010             KROHN & MOSS, LTD.

                                            By: /s/ Ryan Lee

                                                Ryan Lee, Esq.
                                                Attorney for Plaintiff,
                                                JUANITA COOPER