Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 x 241
F: (866) 802-0021
rlee@consumerlawcenter.com

Attorneys for Plaintiff, Juanita Cooper

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Juanita Cooper, | ) Case No.: 10-cv-08030-MHM |
| Plaintiff, | ) **VOLUNTARY DISMISSAL** |
| v. | ) |
| Integrity Financial Partners, Inc., | ) |
| Defendant. | ) |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Juanita Cooper, by and through her attorneys, Krohn & Moss, Ltd., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: May 26, 2010                                       Krohn & Moss, Ltd.


                                        By:/s/ Ryan Lee
                                            Ryan Lee
                                            Attorney for Plaintiff
                                            Juanita Cooper

- 1 -

VOLUNTARY DISMISSAL